**UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

| | |
|---|---|
| ROBERT J. ANDRIS et al., | ) |
| | ) |
| Plaintiffs-Appellants, | ) |
| | ) |
| v. | ) |
| | ) |
| CAPITAL SOLUTIONS BANCORP, LLC, | ) |
| | ) |
| Defendant-Appellee. | ) |
| _____ | ) |

**APPELLANTS' CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT**

Plaintiffs-Appellants Robert J. Andris and Avondale Decor, LLC, pursuant to

Fed. R. App. P. 26.1 and 11th Cir. R. 26.1-1, hereby submit the following Certificate

of Interested Persons and Corporate Disclosure Statement and certify the following

is a complete list of all trial judges, attorneys, persons, associations of persons, firms,

partnerships, or corporations that have an interest in the outcome of this case/appeal,

including subsidiaries, conglomerates, affiliates, parent corporations, any publicly-

held corporation that owns 10% or more of the party's stock, and other identifiable

legal entities related to a party:

1.      Andris, Linda M.

2.      Andris, Robert J.

3.      Avondale Decor, LLC

4.      Ayala Law, P.A.

5.     Capital Solutions Bancorp, LLC

6.     Heffner, Allen J.

7.     Loren & Kean Law

8.     Loren, Bruce E.

9.     Maura, Eduardo A.

10.    Mizell, Nicholas P.

11.    Quesada Machado, Luis F.

12.    Sawal, Ryan M.

13.    Steele, John E.

14.    Sylvia Simko Irrevocable Trust, The

15.    Weil, Carlos

16.    Weil, Jill

No publicly traded company or corporation has an interest in the outcome of this case or appeal.

Dated: February 25, 2026

Respectfully submitted,

By: *s/Luis F. Quesada Machado*
     Eduardo A. Maura, Esq.
     Florida Bar No. 91303
     eduardo@ayalalawpa.com
     Luis F. Quesada Machado, Esq.
     Florida Bar No. 1010305
     lquesada@ayalalawpa.com
     Ryan M. Sawal, Esq.
     Florida Bar No. 1038500

rsawal@ayalalawpa.com
**Ayala Law, P.A.**
2490 Coral Way, Ste 401
Miami, FL 33145
P: (305) 570-2208
F: (305) 503-7206
*Counsel for Plaintiffs-Appellants*