**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

ROBERT J. ANDRIS et al.,

     Appellants,

v.

CAPITAL SOLUTIONS BANCORP, LLC,

    Appellee.

Appeal No: 26-10484-G
District Court Docket No: 2:25-cv-00450-JES-NPM

---

**CERTIFICATE OF INTERESTED PERSONS AND**
**CORPORATE DISCLOSURE STATEMENT**

---

Defendant/Appellee Capital Solutions Bancorp, LLC, pursuant to Fed. R. App. P. 26.1 and 11th Cir. R. 26.1-1, hereby submits the following Certificate of Interested Persons and Corporate Disclosure Statement and certify the following is a complete list of all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case/appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party:

1. Andris, Robert J.

2. Andris, Linda M.

3. Avondale Décor LLC

4. Ayala Law, P.A.

5. Capital Solutions Bancorp, LLC

6. Heffner, Allen J.

7. Honorable John E. Steele

8. Kean, Michael I.

9. Loren, Bruce E.

10. Loren & Kean Law

11. Maura, Eduardo A.

12. Mizell, Nicholas P.

13. Quesada, Luis F.

14. Sawal, Ryan M.

15. Sylvia Simko Irrevocable Trust, The

16. Weil, Carlos

17. Weil, Jill

I hereby certify pursuant to Eleventh Circuit Rule 26.1-3(b) that no publicly traded company or corporation has an interest in the outcome of the case or appeal.

Dated: March 13, 2026

s/ Michael I. Kean
**ALLEN J. HEFFNER**
Florida Bar No. 84252
aheffner@lorenkeanlaw.com
mmarin@lorenkeanlaw.com
**BRUCE E. LOREN**
Florida Bar No. 947105
bloren@lorenlawfirm.com
clucht@lorenlawfirm.com
**MICHAEL I. KEAN**
Florida Bar No. 970750
mkean@lorenkeanlaw.com
mmarin@lorenkeanlaw.com

**LOREN & KEAN LAW**
7121 Fairway Drive, Suite 104
Palm Beach Gardens, FL 33418

Phone: (561) 615-5701
Fax: (561) 615-5708
*Attorneys for **Defendant/Appellee***

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via email

on March 13, 2026 on all counsel or parties of record on the Service List below.

s/ Michael I. Kean
**MICHAEL I. KEAN**
Florida Bar No. 84252
mkean@lorenkeanlaw.com
mmarin@lorenkeanlaw.com

**SERVICE LIST**

Eduardo A. Maura, Esq.
Luis F. Quesada, Esq.
Ryan M. Sawal, Esq.
**AYALA LAW, P.A.**
2490 Coral Way, Ste 401
Miami, FL 33145
Tel: (305) 570-2208
eduardo@ayalalawpa.com
lquesada@ayalalawpa.com
rsawal@ayalalawpa.com
*Attorney for **Plaintiff/Appellants***